# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**526**
**CA 13-01286**

PRESENT: CENTRA, J.P., PERADOTTO, CARNI, LINDLEY, AND WHALEN, JJ.

---

TERESA E. MYERS, PLAINTIFF-RESPONDENT,

V                                                MEMORANDUM AND ORDER

BRADLEY J. MYERS, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

LISA A. SADINSKY, ROCHESTER, FOR DEFENDANT-APPELLANT.

AMDURSKY, PELKY, FENNELL & WALLEN, P.C., OSWEGO (COURTNEY S. RADICK OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered November 20, 2012. The order directed defendant to pay certain attorney's fees of plaintiff.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Myers v Myers* ([appeal No. 1] ___ AD3d ___ [June 13, 2014]).

Entered: June 13, 2014                          Frances E. Cafarell
                                                Clerk of the Court